**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
(State)

Case number (*If known*): _____ Chapter __11__

❑ Check if this is an amended filing

## Official Form 201

# Voluntary Petition\* for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | Viajero Cibernético, S.A. de C.V. |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | N/A |
| 3. **Debtor's federal Employer Identification Number** (EIN) | VCI070531CZ7 (Registro Federal de Contribuyentes [RFC]) |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| Av. Banco Chinchorro Esquina | |
| Number      Street | Number      Street |
| Acanceh MZA 1, LT 8 SM 13 | |
| | P.O. Box |
| Cancun, Quintana Roo, México C.P. 77504 | |
| City                    State      ZIP Code | City                    State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| N/A | |
| County | Number      Street |
| | |
| | City                    State      ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | https://thedolphinco.com |

\*This petition has been prepared in accordance with currently available information and, if necessary, may be amended to the extent that new information becomes available.

Debtor    <u>Viajero Cibernético, S.A. de C.V.</u>      Case number *(if known)*_____
        <sub>Name</sub>

---

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   <u>7</u>   <u>1</u>   <u>3</u>   <u>1</u>

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____   When _____   Case number _____
                           MM / DD / YYYY

            District _____   When _____   Case number _____
                           MM / DD / YYYY

---

Debtor   Viajero Cibernético, S.A. de C.V.                          Case number (if known)_____
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.   Debtor   See attached Schedule 1                    Relationship   _____

         District   _____   When   _____
                                                                MM  /  DD  / YYYY

         Case number, if known   _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?   _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☑ Other   See First Day Declaration

**Where is the property?**   _____
                            Number        Street

                            _____

                            _____   _____
                            City                              State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency   _____

      Contact name   _____

      Phone   _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors** (on a consolidated basis)

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

Debtor  Viajero Cibernético, S.A. de C.V.
        Name                                                                Case number (if known)_____

| | | |
|---|---|---|
| **15. Estimated assets**<br>(on a consolidated basis) | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,000-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☑ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities**<br>(on a consolidated basis) | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,000-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☑ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/31/2025
              MM  / DD / YYYY

✖ /s/ Steven Robert Strom                              Steven Robert Strom
_____                   _____
Signature of authorized representative of debtor       Printed name

       Authorized Person
Title _____

**18. Signature of attorney**

✖  /s/ Robert S. Brady                         Date   03/31/2025
_____                  MM  / DD / YYYY
Signature of attorney for debtor

Robert S. Brady
_____
Printed name

 Young Conway Stargatt & Taylor LLP
_____
Firm name

1000 North King Street
_____
Number      Street

Wilmington                                    DE        19801
_____          _____     _____
City                                          State     ZIP Code

302.571.6600                                  rbrady@ycst.com
_____          _____
Contact phone                                 Email address

2847                                          DE
_____          _____
Bar number                                    State

## Schedule 1

## Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case, collectively, the "**Debtors**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware. The Debtors have filed a motion requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

| Company |
| --- |
| Aqua Tours, S.A. de C.V. |
| Dolphin Austral Holdings, S.A. de C.V. |
| Dolphin Capital Company, S. de R.L. de C.V. |
| Dolphin Leisure, Inc. |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. |
| Gulf World Marine Park, Inc. |
| GWMP, LLC |
| Icarus Investments Holdings LLC |
| Leisure Investments Holdings LLC |
| Marineland Leisure Inc. |
| MS Leisure Company |
| Promotora Garrafón, S.A. de C.V. |
| The Dolphin Connection, Inc. |
| Triton Investments Holdings LLC |
| Viajero Cibernético SA de C.V. |




Marco Antonio Vaca Vélez
Notaría 142 CDMX



PROTOCOLO ORDINARIO-------------------------MAVV/MLM/SAVR. --
LIBRO SETECIENTOS SESENTA Y TRES. ----------------------------
**TREINTA Y TRES MIL QUINIENTOS CINCUENTA Y SIETE** --------------
EN LA CIUDAD DE MÉXICO, a veintiocho de marzo de dos mil
veinticinco. ----------------------------------------------------
**MARCO ANTONIO VACA VÉLEZ,** Notario ciento cuarenta y dos de la
Ciudad de México, plenamente identificado como Notario en
este acto, hago constar: ---------------------------------------
**A.- LA REMOCIÓN DE MIEMBROS DEL CONSEJO DE ADMINISTRACIÓN;** ---
**B.- EL NOMBRAMIENTO DE ADMINISTRADOR ÚNICO;** -----------------
**C.- LA REVOCACIÓN DE PODERES;** y ----------------------------
**D.- EL OTORGAMIENTO DE PODERES** de **"VIAJERO CIBERNÉTICO",**
**SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE,** que resultan de la
protocolización de las resoluciones unánimes adoptadas fuera
de Asamblea, que realizo a solicitud de la señora MA. EUGENIA
SOBERANIS PÉREZ, al tenor de los siguientes antecedentes y
cláusulas: -----------------------------------------------------
--------------------**A N T E C E D E N T E S** ------------------
- --------------------------------------------------------------
--- La compareciente acredita la legal constitución y
existencia de la sociedad, así como la validez y eficacia de
los acuerdos que más adelante se protocolizan, con los
documentos que a continuación se relacionan, manifestando
bajo protesta de decir verdad, advertida de las penas en que
incurre quien declara con falsedad ante Notario, que la
sociedad no ha sufrido modificación alguna distinta de las
siguientes: ----------------------------------------------------
--- **I.- CONSTITUCIÓN.** ---------------------------------------
--- Por escritura cuarenta y tres mil cuatrocientos cuarenta y
nueve, de fecha treinta y uno de mayo de dos mil siete, ante el
licenciado Marco Antonio Sánchez Vales, Notario tres del Estado
de Quintana Roo, cuyo primer testimonio quedó inscrito en el
Registro Público de Comercio de Cancún, Estado de Quintana Roo,



- 2 -
33,557

en el **folio mercantil electrónico número dieciocho mil trescientos ochenta y cinco**, se constituyó **"VIAJERO CIBERNÉTICO"**, **SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE**, con domicilio en Cancún, Estado de Quintana Roo, duración de noventa y nueve años, capital social mínimo fijo de cien mil pesos, moneda nacional y máximo ilimitado, con cláusula de admisión de extranjeros y de dicha escritura copio en su parte conducente lo que es del tenor literal siguiente: ------------------------------

*"...CUARTA.- OBJETO SOCIAL.- La sociedad tendrá por objeto social de manera enunciativa pero no limitativa, el siguiente: ----------*

*a).- Servir de intermediario entre los turistas y otros prestadores de servicios turísticos, y entre prestadores de servicios turísticos entre sí. ----------------------------------*

*b).- Reservar espacios en los medios de transporte y expedir a nombre de los transportistas y a favor de los turistas, los boletos, cupones u ordenes de servicio correspondientes. ---------*

*c).- Reservar a los turistas habitaciones y demás servicios conexos en establecimientos de hospedaje, campamentos y paradores de casas rodantes, entregándoles el comprobante o cupón respectivo. ------------------------------------------------------*

*d).- Prestar a los turistas servicio de reservaciones y adquisición de boletos para espectáculos públicos y sitios de atracción turística. -----------------------------------------------*

*e).- La elaboración, traducción, corrección, modificación, diseño y en general de páginas web, en cualquier idioma. ---------------*

*f).- La asesoría en sistemas computacionales, programación computacional y en general, el apoyo y soporte técnico en materia de equipos de cómputo tanto en software como hardware. -----------*

*g).- La creación de homepages y websites, así como su diseño y mantenimiento. ------------------------------------------------------*

*h).- La prestación de servicios, así como la de promoción, publicidad, sistemas de mercadeo, sistemas de reserva, venta, compra y en general, la comercialización a través de Internet de*




Marco Antonio Vaca Vélez
Notaría 142 CDMX



- 3 -
33,557

*todo tipo de productos o servicios que pudieran ser comercializados conforme a las leyes vigentes y aplicables en el lugar de origen del proveedor y del cliente. -------------------*

*i).- Elaboración de directorios y bases de datos con contenido general de proveedores, y prestadores de servicios a través de Internet. -----------------------------------------------------*

*j).- La prestación y explotación del servicio público de auto transporte Federal de turismo en las rutas y tramos de jurisdicción federal y local, mediante las concesiones o permisos que para tal efecto le otorgue a la sociedad correspondiente o mediante las concesiones o permisos que en goce le aporten sus propios socios. ---------------------------------------*

*k).- La explotación y operación de los servicios auxiliares y conexos. --------------------------------------------------*

*l).- La coordinación, enlace, combinación e intercambio de equipo con otras personas físicas o morales dedicadas al mismo objeto, así como el enrolamiento interno de equipo con otras personas físicas o morales dedicadas al mismo objeto, así como el enrolamiento interno de los vehículos con que la empresa realizo la prestación de los servicios tanto federales como locales. -----*

*m).- La construcción, reparación y conservación que sean necesarias para la mejor realización de su objeto social. --------*

*n).- La compra de equipo, llantas, accesorios, lubricantes y todos aquellos elementos que sean necesarios para el mejor desarrollo de sus actividades. ---------------------------------*

*o).- La adquisición, enajenación, importación, exportación, comercialización, arrendamiento de todo tipo de bienes muebles, materiales, maquinaria, equipo, herramienta, implementos, insumos que sean necesarios o convenientes para la correcta consecución del objeto social. ---------------------------------------------*

*p).- Adquirir o participar en el capital o patrimonio de otras sociedades Civiles o Mercantiles, formando parte en su constitución, o adquiriendo acciones o participaciones en las*



- 4 -
33,557

*constituidas, así como enajenarlas. ----------------------------*

*q).- Obtener y otorgar por cualquier título, concesiones, permisos, autorizaciones, licencias, marcas o franquicias, así como celebrar cualquier clase de contratos relacionados con sus objetos. --------------------------------------------------------*

*r).- Otorgar y obtener toda clase de créditos, préstamos o financiamientos, con o sin garantía específica, emitir bonos, acciones, obligaciones, valores y otros títulos de crédito, con la intervención de las instituciones señaladas por la Ley, así como adquirir legalmente y negociar con bonos, obligaciones, acciones, valores y otros títulos de crédito emitidos por terceros y en general, adquirir y negociar con toda clase de efectos de comercio y otorgar las garantías que fueren necesarias para realizar los objetos sociales de la sociedad. --------------*

*s).- Otorgar avales y obligarse solidariamente así como constituir garantías a favor de terceros. ---------------------*

*t).- Solicitar y obtener fianzas y seguros a nombre propio o de terceros, con los cuales la sociedad tenga relación o participación. ----------------------------------------------------*

*u).- Celebrar toda clase de actos y contrato ya sean civiles, mercantiles, administrativos, de trabajo o de cualquier otra naturaleza, convenientes o conexos con los fines de la sociedad, que fueran permitidos por la Ley.-... ----------------------------*

*...DÉCIMA TERCERA.- Las resoluciones tomadas fuera de asamblea, por unanimidad de los accionistas que representen la totalidad del capital social, tendrán para todos los efectos legales la misma validez que si hubieren sido adoptadas en asamblea general, siempre y cuando se confirme por escrito y sea debidamente firmado el acta por todos los socios.-... ----------------------*

*...VIGÉSIMA QUINTA.- LA ADMINISTRACIÓN.- La administración de la sociedad será encomendada a un Administrador Único o Consejo de Administración según así lo acuerde la Asamblea Ordinaria, las personas serán nombradas por la propia Asamblea quien fijará sus*




Marco Antonio Vaca Vélez
Notaría 142 CDMX

- 5 -
33,557



*atribuciones, facultades y poderes, así como sus emolumentos.-...*

*...VIGÉSIMA OCTAVA.- El Administrador Único o el Consejo de Administración tendrá las más amplias facultades reconocidas por la ley para un mandatario general, pudiendo celebrar todo tipo de contratos y realizar y dirigir los negocios de la sociedad en los términos del artículo Diez de la Ley General de Sociedades Mercantiles, gozando para ello de un Poder General Amplísimo para Pleitos y Cobranzas, Actos de Administración y de Riguroso Dominio con todas las facultades generales y las especiales que conforme a la ley requieren cláusula especial, en los términos de los artículos dos mil ochocientos diez y dos mil ochocientos cuarenta y tres del Código Civil del Estado de Quintana Roo y sus correlativos en los diversos Códigos de la República Mexicana. --- Transcripción del artículo Dos Mil Ochocientos Diez del Código Civil del Estado de Quintana Roo: "En todos los poderes generales para pleitos y cobranzas bastará que se digan que se otorga con todas las facultades generales y las especiales que requieran cláusula especial conforme a la ley para que se entiendan conferidas sin limitación alguna. En los poderes generales para administrar bienes, bastará que se digan que se otorgue con ese carácter para que el apoderado tenga toda clase de facultades administrativas. En los poderes generales para ejercer actos de dominio, con la sola excepción de la donación que en este Código es un negocio personalísimo para el donante y por lo tanto no admite la representación en cuanto a este, bastará que se diga que dichos poderes generales se dan con ese carácter para que el apoderado tenga toda clase de facultades de dueño, tanto en lo relativos a los bienes como para hacer toda clase de gestiones a fin de defenderlas. Cuando se quiera limitar en los tres casos antes mencionados las facultades de los apoderados, se consignarán las limitaciones o sea otorgarán al respecto poderes especiales. Los notarios insertaran este artículo en los testimonios de los poderes que ante ellos se otorguen. Lo mismo*



- 6 -

33,557

*harán al calce del poder y antes de las firmas de las ratificaciones sí es que en el texto del documento no lo hubieran insertado los interesados, los funcionarios ante quienes los otorgantes y los testigos ratifiquen sus firmas de conformidad con la fracción II del artículo 2807 en relación con el 218 y al 2811. Sin esta inserción, los aludidos testimonios y las mencionadas ratificaciones carecerán de todo efecto legal". ------ De manera enunciativa pero no limitativa, el Administrador Único o el Consejo de Administración, según sea el caso, gozará de la firma social quedando expresamente facultado para suscribir títulos de crédito, solicitar su protesto, endosar avalar y en general realizar toda clase de actos y operaciones de crédito en los términos del artículo Noveno de la (así) General de Títulos y Operaciones de crédito; igualmente queda facultado para presentar denuncias y querellas y desistirse de ellas en los casos en que proceda; para constituirse como coadyuvante del Ministerio Público para el efecto de la reparación del daño, para articular y absolver posiciones, presentar testigos y tachar a los que presentare la contraparte; para transigir y comprometer en árbitros; para tener la representación laboral conforme los artículos once, cuarenta y seis, cuarenta y siete, ciento treinta y cuatro fracción tercera, quinientos seis, ochocientos setenta y ocho, ochocientos ochenta, ochocientos ochenta y tres y ochocientos ochenta y cuatro de la Ley Federal del Trabajo de igual manera se le confiere la representación patronal para acreditar personalidad y capacidad en juicio o fuera de el, en los términos del artículo seiscientos noventa y dos fracción II y III; podrá comparecer al desahogo de las pruebas testimoniales y confesionales en los términos del artículo setecientos ochenta y siete y setecientos ochenta y ocho de la Ley Federal del Trabajo, con facultades para señalar domicilios convencionales para oír y recibir notificaciones en los términos del artículo ochocientos setenta y seis; para comparecer, con la representación patronal*




Marco Antonio Vaca Vélez
Notaría 142 CDMX

- 7 -
33,557

bastante y suficiente, a la audiencia a que se refiere el artículo ochocientos setenta y tres, ochocientos setenta y cinco, ochocientos setenta y seis, ochocientos setenta y siete y ochocientos setenta y ocho de la Ley Federal del Trabajo, en sus tres fases de conciliación, demanda y excepciones y de ofrecimiento y admisión de pruebas, gozando de las facultades de celebrar todo tipo de convenios, transacciones, finiquitos. De la misma forma, el Administrador Único o el Consejo de Administración queda facultado para solicitar y desistirse del Juicio Constitucional de Amparo, designar apoderados para la tramitación el juicio Constitucional; para otorgar y revocar poderes generales o especiales sin menoscabo de sus facultades; parar abrir y cerrar, depositar, retirar y girar en cuentas de cheques e inversiones en toda clase de instituciones bancarias y de seguros, designando a las personas que podrán firmar en dichas cuentas; para concurrir ante toda clase de autoridades fiscales sean federales, estatales o municipales; para tramitar y registrar el Registro Federal de Contribuyentes, aumento o disminución de obligaciones fiscales, así como la firma electrónica de la Sociedad ante la Secretaría de Hacienda y Crédito Público; para presentar y recibir toda clase de documentos ante la Secretaría de Hacienda y Crédito Público, la Secretaría de Hacienda del Estado de Quintana Roo y la Tesorería de cualesquiera de los Municipios del Estado de Quintana Roo; para presentar toda clase de escritos, recursos, inconformidades, demandas y juicios de nulidad ante el Tribunal Federal de Justicia Fiscal y Administrativo, llevado en todas sus instancias los procesos en los cuales sean parte o tercera la Sociedad y de la manera más amplia representar a la sociedad ante toda clase de autoridades y personas físicas o morales nacionales o extranjeras.-...".-----------------------------------------------

--- II.- **REFORMA A LOS ESTATUTOS SOCIALES**.----------------------




- 8 -
33,557

--- Por instrumento cincuenta y ocho mil noventa y siete, de fecha nueve de julio de dos mil quince, ante el mismo Notario que la anterior, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de Cancún, Estado de Quintana Roo, en el **folio mercantil electrónico número dieciocho mil trescientos ochenta y cinco,** se hizo constar la protocolización del acta de Asamblea General Extraordinaria de Accionistas, en la que se acordó, entre otros, reformar las cláusulas sexta, octava y décima primera de los estatutos sociales, para quedar redactados como en dicho instrumento se especificó, relativos al capital social y sus acciones, así como a las reglas para los aumentos y/o disminuciones de capital social. ----------------------------

--- **III.- DECLARACIONES PREVIAS.** ----------------------------

--- Declara la compareciente, bajo protesta de decir verdad, advertida de las penas en que incurre quien declara con falsedad ante Notario: ----------------------------------------

--- i) Que las firmas que aparecen en el acta que se protocoliza y sus anexos corresponden a quienes se les atribuye haberlas estampado en la misma; --------------------

--- ii) Que el acta que se protocoliza refleja la situación vigente de la sociedad, al momento de tomarse los acuerdos respectivos, especialmente por lo que se refiere a la integridad del capital social representado y la identidad de los accionistas, habiendo cumplido las formalidades requeridas para su modificación, en su caso; ----------------

--- iii) Que en el caso de los accionistas que confirmaron por escrito las resoluciones unánimes que en este instrumento se protocolizan, a través de representante, en su caso, dicho representante no es miembro del órgano de administración ni vigilancia de la sociedad; y --------------------------------

--- iv) Que el otorgamiento de poderes contenido en el acta que se protocoliza no se realiza en favor de miembros del órgano de vigilancia de la sociedad. -------------------------





Marco Antonio Vaca Vélez
Notaría 142 CDMX

- 9 -
33,557
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
--- **IV.- <u>ACTA QUE SE PROTOCOLIZA.</u>** ----------------------------
--- Declara la compareciente que la totalidad de los
accionistas de **"VIAJERO CIBERNÉTICO"**, **SOCIEDAD ANÓNIMA DE
CAPITAL VARIABLE**, adoptaron diversas resoluciones unánimes
fuera de Asamblea, mismas que constan en el acta que me
exhibe escrita a dos columnas, una en idioma español y otra
en idioma extranjero, siendo una traducción de la otra,
respectivamente, según declara el compareciente, misma que en
unión de su respectivo anexo agrego al apéndice de este
instrumento con el número **"UNO"**, respecto de la que certifico
no tengo indicio de falsedad y que me pide protocolice,
siendo dicha acta, por lo que se refiere a la columna
redactada en idioma español, del tenor literal siguiente: ----

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
----------------"*RESOLUCIONES UNÁNIMES ADOPTADAS* -----------
-------------- *FUERA DE ASAMBLEA DE ACCIONISTAS* -----------
-------------- *DE VIAJERO CIBÉRNETICO, S.A. DE C.V.* ---------
---------------------- *28 de marzo de 2025* ------------------
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Las presentes Resoluciones Unánimes adoptadas fuera de
Asamblea por la totalidad de los accionistas de Viajero
Cibernético, S.A. de C.V. (la "Sociedad"), se realizan de
conformidad con lo establecido en la Ley General de
Sociedades Mercantiles y de la Cláusula Décima Tercera de los
estatutos sociales de la Sociedad, por lo que las mismas
tendrán, para todos los efectos a que haya lugar, la misma
validez que si hubieran sido adoptadas reunidos en Asamblea
General de Accionistas, ya que dichos acuerdos se han
aprobado por escrito, de conformidad con lo establecido en
los estatutos sociales de la Sociedad y la legislación
aplicable.* --------------------------------------------------
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



- 10 -

33,557

----------------------- *ANTECEDENTES* -----------------------

- -------------------------------------------------------------

*(i) Con fecha 8 de octubre de 2015, Controladora Dolphin, S.A. de C.V. ("Controladora"), Promotora Garrafón, S.A. de C.V. ("Promotora") y la Sociedad, como fideicomitentes, CIBanco, S.A., Institución de Banca Múltiple (el "Fiduciario"), como fiduciario, y Wilmington Trust, National Association ("Wilmington"), como fideicomisario en primer lugar, con la comparecencia de Aqua Tours, S.A. de C.V. ("Aqua Tours") y la Sociedad, junto con las demás sociedades que de tiempo en tiempo se adhieran al mismo en el carácter que allí se indique, celebraron el Contrato de Fideicomiso Irrevocable de Garantía número CIB/2380 (según el mismo fue modificado y/o reexpresado con fecha 5 de abril de 2019, con fecha 2 de octubre de 2019, con fecha 6 de julio de 2020, y con fecha 27 de junio de 2022, el "Contrato de Fideicomiso"), por virtud del cual, entre otros, Controladora aportó de manera irrevocable, la propiedad y titularidad de (i) 999 (novecientas noventa y nueve) acciones Serie "A", ordinarias, nominativas, con valor nominal de $100.00 (cien pesos 00/100 M.N.) cada una, representativas de la parte fija del capital social de la Sociedad, y (ii) 80,306 (ochenta mil trescientas seis) acciones Serie "C", ordinarias, nominativas, con valor nominal de $100.00 (cien pesos 00/100 M.N.) cada una, representativas de la parte variable de la Sociedad, y que forman parte de la totalidad del capital social suscrito y pagado de la Sociedad, representativas del 99.999% de la Sociedad, a efecto de garantizar el puntual y debido cumplimiento, pago y satisfacción a su vencimiento (ya sea a su fecha de vencimiento programado, por vencimiento anticipado o por cualquier otro motivo) de todas y cada una de las Obligaciones Garantizadas Senior y las Obligaciones Garantizadas Subordinadas (según dichos términos se definen*




Marco Antonio Vaca Vélez
Notaría 142 CDMX

- 11 -
33,557

en el Contrato de Fideicomiso). ------------------------------
- ------------------------------------------------------------



*(ii) Con fecha 8 de abril de 2019, Controladora, en su carácter de emisor (issuer), Dolphin Capital Company, S. de R.L. de C.V. ("Dolphin Capital"), como controladora garante (parent guarantor), ciertas subsidiarias de Controladora como garantes y Wilmington en su carácter de agente de garantías (collateral agent), celebraron un contrato de compra de valores mediante el cual ciertos adquirentes (purchasers), sujeto a las condiciones previstas en dicho contrato, adquirieron las Notas Existentes (según dicho término se define en el Contrato de Compraventa Original) emitidas por Controladora por la cantidad de EU$100,000,000.00 (cien millones de Dólares 00/100) (el "Contrato de Compra de Valores Original").* ------------------------------------------
- ------------------------------------------------------------

*(iii) Con fecha 8 de junio de 2020, las partes del Contrato de Compra de Valores Original celebraron un Primer Contrato de Compra de Valores Modificado y Reexpresado, mediante el cual ciertos adquirentes (purchasers), sujeto a las condiciones previstas en dicho contrato, se obligaron a adquirir Nuevas Notas (new notes) (según dicho término se define en el Primer Contrato de Compra de Valores Modificado y Reexpresado) hasta por la cantidad de EU$8,000,000.00 (ocho millones de Dólares 00/100) (según el mismo fue modificado con fecha 24 de junio de 2021 y 1 de abril de 2022, el "Primer Contrato de Compra de Valores Modificado y Reexpresado").* -----------------------------------------
- ------------------------------------------------------------

*(iv) Con fecha 08 de junio de 2020, el Sr. Eduardo Albor Villanueva ("EA"), como deudor prendario, y Wilmington, en su carácter de Agente de Garantías Mexicano en nombre y para beneficio de las Partes Garantizadas, como acreedor*



- 12 -
33,557

prendario, con la comparecencia de la Sociedad, celebraron un
Contrato de Prenda Sobre Acciones (según el mismo sea
modificado, re-expresado, adicionado o de cualquier otra
forma reformado de tiempo en tiempo, el "Contrato de
Prenda"), por virtud del cual EA dio en prenda 1 (una) accion
Serie "A", ordinaria, nominativa, con valor nominal de
$100.00 (cien pesos 00/100 M.N.), representativa de la parte
fija del capital social de la Sociedad de las que es titular,
representativas del 0.01% del capital social de la Sociedad
(las "Acciones Pignoradas"), a efecto de garantizar de manera
incondicional e irrevocable el debido y puntual cumplimiento,
pago y satisfacción a su vencimiento (ya sea a su fecha de
vencimiento programado, su fecha de vencimiento anticipado o
por cualquier otro motivo) de todas y cada una de las
Obligaciones Garantizadas (según dicho término se define en
el Contrato de Prenda). ---------------------------------------
- -------------------------------------------------------------
(v) Con fecha 27 de junio de 2022, las partes del Contrato de
Compra de Valores Modificado y Reexpresado de manera conjunta
con TDC Leisure Holdings LLC ("TDC Leisure"), en su carácter
de controlador final (ultimate parent), y Leisure Investments
Holdings LLC ("LIH"), una limited liability company
constituida y válidamente existente de conformidad con las
leyes del Estado de Delaware, celebraron un segundo Contrato
de Compra de Valores Original (conjuntamente con el Contrato
de Compra de Valores Original, el Primer Contrato de Compra
de Valores Modificado y Reexpresado, y según el mismo sea
adicionalmente reformado, adicionado o de cualquier otra
manera modificado de tiempo, el "Contrato de Compra de
Valores Modificado y Reexpresado"). --------------------------
- -------------------------------------------------------------
(vi) Con fecha 27 de junio de 2022, Triton Investments
Holdings, LLC, en su carácter de emisor (issuer), TDC




Marco Antonio Vaca Vélez
Notaría 142 CDMX

- 13 -
33,557



Leisure, en su carácter de garante controlador (ultimate guarantor), LIH, en su carácter de garante intermedio (intermediate parent), Controladora, Dolphin Capital, entre otros, en su carácter de subsidiarias garantes (subsidiary guarantors) y Wilmington Trust, National Association, en su carácter de agente de garantías (collateral agent), celebraron cierto contrato de compra de valores y de garantía subordinado (second-lien note purchase and guarantee agreement) (el "Contrato de Compra de Valores Subordinado"). ------------------------------------------------------------

(vii) Con anterioridad a este acto, Controladora, como fideicomitente y de conformidad con los términos del Contrato de Fideicomiso, notificó al Fiduciario la celebración de las presentes Resoluciones y el ejercicio de los Derechos de Voto (según dicho término se define en el Contrato de Fideicomiso). ------------------------------------------------
- ------------------------------------------------------------

(viii) Con anterioridad a este acto, Wilmington, como acreedor prendario y en términos de lo dispuesto por el Contrato de Prenda, entregó al Secretario del Consejo de Administración de la Sociedad un Aviso de Incumplimiento por virtud del cual certificó la ocurrencia de un Evento de Incumplimiento. En virtud de lo anterior, a partir de dicha fecha, Wilmington quedó facultado para ejercer los derechos de voto de las Acciones Pignoradas, y demás derechos y facultades que EA tenga derecho de ejercer de conformidad con las disposiciones del Contrato de Prenda. -------------------
- ------------------------------------------------------------

En consideración de las comunicaciones y la información intercambiada entre los accionistas de la Sociedad, éstos adoptan por unanimidad las siguientes resoluciones con efectos a partir de la fecha arriba indicada: ----------------
- ------------------------------------------------------------



- 14 -
33,557

---------------------- RESOLUCIONES ------------------------
- ------------------------------------------------------------

PRIMERA. Se resuelve aprobar con efectos inmediatos a partir de la fecha de la presente, remover a la totalidad de los miembros del Consejo de Administración de la Sociedad, y nombrar al Sr. Steven Robert Strom como Administrador Único de la Sociedad. ------------------------------------------
- ------------------------------------------------------------

Sin perjuicio de lo anterior, Wilmington, con el carácter que comparece a la presente, así como la Sociedad, se reservan expresamente todos y cada uno de sus derechos, acciones, recursos, reclamaciones, privilegios y protecciones bajo la ley, para repetir en contra de los Sres. Eduardo Albor Villanueva, Concepción Esteban Manchado, Martín Flores Merino, Valeria Margarita Albor Dominguez y Sergio Said Jacome Palma respecto de todas las acciones de carácter civil, mercantil, penal y de cualesquier otra naturaleza o reclamaciones conocidas o desconocidas y las reclamaciones acumuladas hasta la fecha como resultado de su actuación como miembros del Consejo de Administración de la Sociedad, independientemente de si se identifican específicamente a la fecha de la presente, de conformidad con lo dispuesto por el Articulo 161 de la Ley General de Sociedades Mercantiles y demás disposiciones aplicables. -----------------------------
- ------------------------------------------------------------

SEGUNDA. En este acto se aprueba revocar todos y cada uno de los poderes otorgados por la Sociedad con anterioridad a esta fecha en favor de los Sres. Eduardo Albor Villanueva, Concepción Esteban Manchado, Martín Flores Merino, Valeria Margarita Albor Dominguez y Sergio Said Jacome Palma. --------
- ------------------------------------------------------------

Sin perjuicio de lo anterior, Wilmington, con el carácter que comparece a la presente, así como la Sociedad, se reservan




- 15 -
33,557



*expresamente todos y cada uno de sus derechos, acciones, recursos, reclamaciones, privilegios y protecciones bajo la ley, para repetir en contra de los Sres. Eduardo Albor Villanueva, Concepción Esteban Manchado, Martín Flores Merino, Valeria Margarita Albor Dominguez y Sergio Said Jacome Palma respecto de todas las acciones de carácter civil, mercantil, penal y de cualesquier otra naturaleza o reclamaciones conocidas o desconocidas y las reclamaciones acumuladas hasta la fecha como resultado de su actuación como apoderados de la Sociedad, independientemente de si se identifican específicamente a la fecha de la presente. -------*
*----------------------------------------------------------------*
*TERCERA. Se resuelve autorizar al Administrador Unico y/o a los apoderados de la Sociedad con facultad para pleitos y cobranzas en los términos del párrafo primero del artículo 2554 del Código Civil Federal y sus correlativos de los códigos de los Estados de la República y de la Ciudad de México, para realizar los actos necesarios para sujetar y/o solicitar la sujeción de la Sociedad a un procedimiento de reorganización y/o insolvencia, incluyendo de manera enunciativa mas no limitativa, el procedimiento de reorganización previsto en el Capítulo 11 de Código de los Estados Unidos (Chapter 11 of United States Code (U.S.C.) en los Estados Unidos de América. Considerando la situación de insolvencia de la Sociedad, para todos los efectos legales a que haya lugar, la resolución aquí contenida constituye la intención indubitable de los accionistas para sujetar y/o solicitar la sujeción de la Sociedad a un procedimiento de reorganización y/o la declaración de concurso mercantil de la Sociedad. -----------------------------------------------*
*----------------------------------------------------------------*
*CUARTA. Se resuelve en este acto otorgar en favor de los Sres. Robert L. Wagstaff, Michael Nicosia Flynn, Eduardo*



- 16 -
33,557

*Moyano Luco y Matías Marambio Calvo, los poderes adelante
mencionados para ser ejercidos de manera individual: ---------
(i) Poder general para pleitos y cobranzas, para ser
ejercitado conjunta o separadamente, con todas las facultades
generales y aún con las especiales que de acuerdo con la ley
requieran poder o cláusula especial, pudiendo hacer cesión de
bienes, en los términos del párrafo primero del artículo 2554
del Código Civil Federal y sus correlativos de los códigos de
los Estados de la República y de la Ciudad de México. --------
En forma enunciativa y no limitativa, se mencionan entre
otras facultades las siguientes: -----------------------------
1. Para intentar y desistirse de toda clase de
procedimientos, en México y en el extranjero, inclusive
amparo o el concurso mercantil. ------------------------------
2. Promover providencias precautorias, medidas cautelares y/o
de aseguramiento, así como promover medios preparatorios de
juicio o cualesquier procedimientos preliminares. ------------
3. Para transigir. -------------------------------------------
4. Para comprometer en árbitros. -----------------------------
5. Para absolver y articular posiciones. ---------------------
6. Para recusar. ---------------------------------------------
7. Para recibir pagos. ---------------------------------------
8. Para presentar denuncias y querellas en materia penal y
para otorgar el perdón cuando lo permita la ley. -------------
(ii) Poder general para actos de administración, en los
términos del segundo párrafo del artículo 2554 del Código
Civil Federal, y sus correlativos de los Códigos de los
Estados de la República y de la Ciudad de México. ------------
(iii) Poder general para actos de dominio, de acuerdo con el
tercer párrafo del artículo 2554 del Código Civil Federal, y
sus correlativos de los códigos de los Estados de la
República y de la Ciudad de México --------------------------
(iv) Poder para otorgar y suscribir títulos de crédito, para*




Marco Antonio Vaca Vélez
Notaría 142 CDMX



- 17 -
33,557

abrir y cerrar cuentas bancarias y para designar a las personas autorizadas para firmar cheques, en los términos del artículo 9 de la Ley de Títulos y Operaciones de Crédito. ----
(v) Facultad para otorgar poderes generales y especiales dentro de sus facultades y para revocar unos y otros. ------
Los apoderados designados estarán facultados para acudir en nombre y representación de la Sociedad a todo tipo de asambleas de accionistas, ya sean generales o especiales, ordinarias o extraordinarias, y votar en el sentido que libremente decidan los apoderados, o bien, abstenerse de votar si así lo considerare conveniente. ------------------
Los poderes y facultades aquí contenidas podrán ser delegadas o sustituidas en todo o en parte. ----------------------------
- -----------------------------------------------------------
QUINTA. Se resuelve en este acto otorgar en favor de los Sres. Jaime Rene Guerra González, Jesús Armando Treviño Moyeda, Alfonso Peniche García, Román Salazar Castillo, Rogelio Héctor Palacios Beltrán, Carlo Braulio Reyes Escandón, Miguel Ángel Hernández Morales, Sebastian Ruanova Carbajal y Rodrigo Josué Gazcón Quintana, los poderes adelante mencionados a ser ejercidos, conjunta o individualmente -----------------------------------------------
(i) Poder general para pleitos y cobranzas, para ser ejercitado conjunta o separadamente, con todas las facultades generales y aún con las especiales que de acuerdo con la ley requieran poder o cláusula especial, pero sin que comprenda la facultad de hacer cesión de bienes, en los términos del párrafo primero del artículo 2554 del Código Civil Federal y sus correlativos de los códigos de los Estados de la República y de la Ciudad de México. -------------------------
En forma enunciativa y no limitativa, se mencionan entre otras facultades las siguientes: ----------------------------
1. Para intentar y desistirse de toda clase de



- 18 -
33,557

*procedimientos, en México y en el extranjero inclusive amparo
o el concurso mercantil.* ------------------------------------

*2. Para transigir.* --------------------------------------------

*3. Para comprometer en árbitros.* -----------------------------

*4. Para absolver y articular posiciones.* ---------------------

*5. Para recusar.* ----------------------------------------------

*6. Para recibir pagos.* ----------------------------------------

*7. Para presentar denuncias y querellas en materia penal y
para otorgar el perdón cuando lo permita la ley.* -------------
- -----------------------------------------------------------

*SEXTA. Se resuelve, autorizar a los Sres. Raúl García Chávez
y Ma. Eugenia Soberanis Pérez para que, actuando conjunta o
separadamente, en nombre y representación de la Sociedad, en
caso de ser necesario realicen los siguientes actos: (i)
gestionen ante el Notario Público de su elección la
protocolización y ratificación de las presentes resoluciones;
(ii) expidan las copias simples o certificadas de la presente
acta, que en su integridad o en lo conducente, les fueren
solicitadas; (iii) realicen, en general, todos los actos y
trámites que sean necesarios para la formalización y
ejecución de los acuerdos adoptados en las presentes
Resoluciones Unánimes, incluidos aquellos ante cualquier
dependencia gubernamental, incluyendo la Secretaría de
Economía, teniendo la facultad para recibir cualquier tipo de
documento e información relacionada con la Sociedad; y (iv)
gestionen la inscripción de la escritura pública respectiva
en el Registro Público de Comercio que corresponda.* ----------
- -------------------------------------------------------------

*SÉPTIMA. Se resuelve, que estas resoluciones se pueden
ejecutar en cualquier número de ejemplares, cada uno de los
cuales, cuando se ejecuten y entreguen se considerará un
original, pero todos los ejemplares juntos constituirán el
mismo instrumento.* --------------------------------------------





Marco Antonio Vaca Vélez
Notaría 142 CDMX



- 19 -
33,557

-----------------------------------------------------------------

*OCTAVA. Se resuelve, que las presentes resoluciones debidamente firmadas por la totalidad de los Accionistas de la Sociedad, (a) constituyen la confirmación a la que se refiere la Cláusula Cláusula (así) Décima Tercera de los estatutos sociales de la Sociedad, y (b) sean enviadas al Administrador Único de la Sociedad, quien deberá transcribir el texto en el libro de actas correspondiente y certificar que las resoluciones de accionistas de la Sociedad fueron adoptadas de conformidad con la citada Cláusula de los estatutos sociales. --------------------------------------*
- -----------------------------------------------------------------
*NOVENA. Se resuelve, que las presentes resoluciones se redactan en español y en inglés en el entendido que, en caso de cualquier discrepancia entre ambas versiones, la versión en español será la que prevalecerá en todo momento. ----------*
- -----------------------------------------------------------------
*EN TESTIMONIO DE LO CUAL, los abajo firmantes, siendo los representantes autorizados de los accionistas de la Sociedad, firman este documento con efectos desde la fecha mencionada en la primera página, para evidenciar su consentimiento unánime con las resoluciones aquí mencionadas. ---------------*
- -----------------------------------------------------------------
- -----------------------------------------------------------------
-----------------[SIGUEN HOJAS DE FIRMAS] -------------------
- -----------------------------------------------------------------
- -----------------------------------------------------------------
*Página de firmas de las Resoluciones Unánimes Adoptadas Fuera de Asamblea de Accionistas de VIAJERO CIBÉRNETICO, S.A. DE C.V.. (así) de fecha 28 de marzo de 2025. ----------------*
- -----------------------------------------------------------------
*CIBanco, S.A., Institución de Banca Múltiple, como fiduciario del fideicomiso Irrevocable de Garantía número CIB/2380 ------*



- 20 -
33,557

------------------- *Por: [Firma ilegible]* --------------------

----------------*Nombre: Ma. Eugenia Soberanis Pérez* ---------

----------------- *Cargo: Representante Legal* ----------------

- --------------------------------------------------------------

-----------------------------------------------------------------

*[HOJA DE FIRMA DE LAS RESOLUCIONES UNÁNIMES ADOPTADAS FUERA DE ASAMBLEA DE ACCIONISTAS DE VIAJERO CIERNÉTICO, S.A. DE C.V.]* -----------------------------------------------------

-----------------------------------------------------------------

*Página de firmas de las Resoluciones Unánimes Adoptadas Fuera de Asamblea de Accionistas de VIAJERO CIBÉRNETICO, S.A. DE C.V. de fecha 28 de marzo de 2025.* -------------------------

- --------------------------------------------------------------

-------------------- *Eduardo Albor Villanueva* ----------------

-------------------- *Por: [Firma ilegible]* -------------------

-----------------*Nombre: Raúl García Chávez* -----------------

*en representación de Wilmington Trust, National Association, en ejercicio de los derechos que le corresponden de conformidad con el Contrato de Prenda* -----------------------

------------------*Cargo: Representante Legal.* ---------------

-----------------------------------------------------------------

*[HOJA DE FIRMA DE LAS RESOLUCIONES UNÁNIMES ADOPTADAS FUERA DE ASAMBLEA DE ACCIONISTAS DE VIAJERO CIERNÉTICO, S.A. DE C.V.]"* ------------------------------------------------------

-----------------------------------------------------------------

- --------------------------------------------------------------

----------------------**C L Á U S U L A S** --------------------

- --------------------------------------------------------------

--- **PRIMERA.-** Queda protocolizada el acta de las resoluciones unánimes adoptadas fuera de Asamblea por la totalidad de los Accionistas de **"VIAJERO CIBERNÉTICO", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE,** transcritas en el antecedente cuarto de este instrumento para todos los efectos a que haya lugar. ----




Marco Antonio Vaca Vélez
Notaría 142 CDMX



- 21 -
33,557

-------------------------------------------------------------
--- **SEGUNDA.-** Quedan removidos los miembros del Consejo de Administración de **"VIAJERO CIBERNÉTICO", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE**, en los términos del acta protocolizada. ----
-------------------------------------------------------------
--- **TERCERA.-** Queda nombrado el Administrador Único de **"VIAJERO CIBERNÉTICO", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE**, en los términos del acta protocolizada. -------------------
-------------------------------------------------------------
--- **CUARTA.-** Quedan revocados los poderes de **"VIAJERO CIBERNÉTICO", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE**, en los términos del acta protocolizada. ----------------------------
-------------------------------------------------------------
--- **QUINTA.-** Quedan otorgados los poderes de **"VIAJERO CIBERNÉTICO", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE**, en los términos del acta protocolizada. ----------------------------
-------------------------------------------------------------
**YO EL NOTARIO CERTIFICO:** ------------------------------------
-------------------------------------------------------------
--- **I.-** Que conozco personalmente a la compareciente y que a mi juicio es capaz para este acto. --------------------------
-------------------------------------------------------------
--- **II.-** Que declara la compareciente que en **"VIAJERO CIBERNÉTICO", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE,** no participa inversión extranjera. -----------------------------
-------------------------------------------------------------
--- **III.-** Que advertí a la compareciente de la conveniencia de notificar a los apoderados de la revocación consignada en el presente instrumento. -------------------------------------
-------------------------------------------------------------
--- **IV.-** Que advertí a la compareciente que en virtud de no proporcionarme los datos de los instrumentos en los que se otorgaron los poderes que se revocan, no procederé a dar el





- 22 -
33,557

aviso a que se refiere el artículo ciento veinte de la Ley del Notariado para la Ciudad de México, liberándome la compareciente de cualquier responsabilidad al respecto. ------
- ------------------------------------------------------------
--- **V.-** Que la compareciente declara que los accionistas de **"VIAJERO CIBERNÉTICO", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE**, se encuentran inscritos en el Registro Federal de Contribuyentes y al efecto me exhibe la Constancia de Situación Fiscal de los mencionados accionistas, mismas que agrego al apéndice de este instrumento con el número **"DOS"**. --
- ------------------------------------------------------------
--- **VI.-** Que la compareciente declara por sus generales ser: -
--- Mexicana, originaria de Tecpan de Galeana, Estado de Guerrero, lugar donde nació el día catorce de septiembre de mil novecientos setenta y tres, soltera, con domicilio en Avenida Presidente Masaryk, número ciento uno, piso doce, oficina mil doscientos uno "A", colonia Polanco Quinta Sección, código postal número once mil quinientos sesenta, abogada y con Clave Única de Registro de Población: "SOPE730914MGRBRG04". -------------------------------------
- ------------------------------------------------------------
--- **VII.-** Que advertí a la compareciente de las penas en que incurren quienes declaran falsamente ante notario. -----------
- ------------------------------------------------------------
--- **VIII.-** Que tuve a la vista los documentos citados en este instrumento. -------------------------------------------------
- ------------------------------------------------------------
--- **IX.-** Que expliqué a la compareciente en forma amplia, completa y sin tecnicismos, las consecuencias, alternativas y los procedimientos relacionados con el contenido de este instrumento, a fin de garantizar su autonomía, protección y cuidado en la toma de decisiones relacionadas con su patrimonio y relaciones familiares. --------------------------





Marco Antonio Vaca Vélez
Notaría 142 CDMX

- 23 -
33,557



--------------------------------------------------------------
--- **X.-** Que a solicitud de la compareciente leí y expliqué
este instrumento a la misma, una vez que le hice saber el
derecho que tiene de leerlo personalmente, manifestando la
otorgante su conformidad y comprensión plena y lo firmó,
imprimiendo además su huella digital en caso de considerarlo
conveniente, el día de su fecha, mismo momento en que la
autorizo definitivamente. --------------------------------
Doy fe. ------------------------------------------------------
Firma y huella digital de la señora Ma. Eugenia Soberanis
Pérez. -------------------------------------------------------
**Firma de Marco Antonio Vaca Vélez.** --------------------------
El sello de autorizar. ---------------------------------------
LAS NOTAS COMPLEMENTARIAS DEL PRESENTE INSTRUMENTO SE
AGREGARÁN AL APÉNDICE DEL MISMO. -----------------------------
**Para cumplir con lo dispuesto por el artículo dos mil
quinientos cincuenta y cuatro del Código Civil vigente en la
Ciudad de México, a continuación se transcribe:** --------------
"ART. 2554.- En todos los poderes generales para pleitos y
cobranzas bastará que se diga que se otorga con todas las
facultades generales y las especiales que requieran cláusula
especial conforme a la ley, para que se entiendan conferidos
sin limitación alguna. ---------------------------------------
En los poderes generales, para administrar bienes, bastará
expresar que se dan con ese carácter para que el apoderado
tenga toda clase de facultades administrativas. --------------
En los poderes generales, para ejercer actos de dominio
bastará que se den con ese carácter para que el apoderado
tenga todas las facultades de dueño, tanto en lo relativo a
los bienes, como para hacer toda clase de gestiones a fin de
defenderlos. -------------------------------------------------
Cuando se quisieren limitar, en los tres casos antes
mencionados, las facultades de los apoderados, se consignarán



- 24 -
33,557

las limitaciones, o los poderes serán especiales. ------------
Los notarios insertarán este artículo en los testimonios de
los poderes que otorguen". ----------------------------------
**MARCO ANTONIO VACA VÉLEZ,** Notario ciento cuarenta y dos de la
Ciudad de México, EXPIDO **SEGUNDO** TESTIMONIO **SEGUNDO** EN SU
ORDEN PARA CONSTANCIA DE **"VIAJERO CIBERNÉTICO", SOCIEDAD
ANÓNIMA DE CAPITAL VARIABLE**, COMO INTERESADA, EN VEINTICUATRO
PÁGINAS. ---------------------------------------------------
EN LA CIUDAD DE MÉXICO, A VEINTIOCHO DE MARZO DE DOS MIL
VEINTICINCO. -----------------------------------------------
DOY FE. ----------------------------------------------------
AXPR.

**C**

**№ 02**



## CEDULA DE IDENTIFICACION FISCAL



**SAT**
Servicio de Administración Tributaria

**CONSTANCIA DE SITUACIÓN FISCAL**



Lugar y Fecha de Emisión
BENITO JUAREZ , QUINTANA ROO A 09 DE ENERO
DE 2020


AOVE681126732

## Datos de Identificación del Contribuyente:

| | |
|---|---|
| RFC: | AOVE681126732 |
| CURP: | AOVE681126HYNLLD07 |
| Nombre (s): | EDUARDO DE MARTIN |
| Primer Apellido: | ALBOR |
| Segundo Apellido: | VILLANUEVA |
| Fecha inicio de operaciones: | 02 DE ENERO DE 1986 |
| Estatus en el padrón: | ACTIVO |
| Fecha de último cambio de estado: | 15 DE MAYO DE 1995 |
| Nombre Comercial: | |

## Datos de Ubicación:

| | |
|---|---|
| Código Postal:77504 | Tipo de Vialidad: AVENIDA (AV.) |
| Nombre de Vialidad: AV ACANCEH MZ 1 | Número Exterior: LOTE 6 |
| Número Interior:P B ANEXO 1 | Nombre de la Colonia: SUPERMANZANA 13 |
| Nombre de la Localidad: CANCUN | Nombre del Municipio o Demarcación Territorial: BENITO JUAREZ |

Página [1] de [3]

Contacto
Av. Hidalgo 77, col. Guerrero, c.p. ... ... Ciudad de México
Atención telefónica 627 22 728 desde la Ciudad de México,
+91 (55) 627 22 728 del resto del país
Desde Estados Unidos y Canadá 1 877 44 88 728
den.mexico.sat.gob.mx



gob.mx

de: www.sat.gob.mx, denuncias@sat.gob.mx, desde México: 01 (55) 9852 2222, desde el extranjero: 1 844 28 73
www.gob.mx/sfp".

Cadena Original Sello:
Sello Digital:

||2020/01/09|AOVE661126732|CONSTANCIA DE SITUACIÓN FISCAL|20000108888680000000
hjPSEe2HwFnThq+YyDKqdu3Mkbj3rtlkXpDRyWvuqEgmJJ87Rn65DG3xmp4+8eaP76VSM6H0vAhW
Nhyehaxz2XCJpAJKJkHDPJh0nCFsfg9WL5+m/440Q0lmQgJjU4zDuF4UDG/0IPhYRKs+/n3um|

Contacto
Av Hidalgo 77, col. Guerrero, c.p. 06300, Ciudad de México.
Atención telefónica 627 22 728 desde la Ciudad de México,
o 01 (55) 627 22 728 del resto del país
Desde Estados Unidos y Canadá 1 877 44 88 728
denuncias_sat@sat.gob.mx



## INSCRIPCION EN EL R.F.C

EL SERVICIO DE ADMINISTRACIÓN TRIBUTARIA, LE DA A CONOCER EL REGISTRO FEDERAL DE CONTRIBUYENTES QUE HA SIDO ASIGNADO CON BASE EN LOS DATOS QUE PROPORCIONO, LOS CUALES HAN QUEDADO REGISTRADOS CONFORME A LO SIGUIENTE:

**NOMBRE, DENOMINACIÓN O RAZÓN SOCIAL**
EDUARDO DE MARTIN ALBOR VILLANUEVA

**DOMICILIO**
AV. ANDRES QUINTANA ROO MZA 4 LOTE 14 DEPTO 3 R20 97 CANCUN QUINTANA ROO 77536

**CLAVE DEL R.F.C**    AOVE661126732

**CLAVE UNICA DE REGISTRO DE POBLACION**    AOVE661126HYNLLO07

**ADMINISTRACIÓN LOCAL**    ALR CANCUN, Q.ROO.

**ACTIVIDAD**    Servicios de consultoría en administración

**SITUACIÓN DE REGISTRO**    ACTIVO

**FECHA DE SUSCRIPCIÓN** _ . _    **FECHA DE INICIO DE OPERACIONES** _ 32-01-1988

### OBLIGACIONES

| DESCRIPCIÓN | FECHA ALTA |
|---|---|
| Presentar la declaración y pago provisional mensual de Impuesto Sobre la Renta (ISR) por la renta de inmuebles | 01-07-2008 |
| Presentar la declaración anual de Impuesto Sobre la Renta (ISR) de personas físicas | 01-07-2008 |
| Proporcionar la información del Impuesto al Valor Agregado (IVA) que se señalo en las Declaraciones del Impuesto Sobre la Renta (ISR) | 01-07-2008 |
| Presentar la declaración mensual donde se informe sobre las operaciones con terceros para efectos del Impuesto al Valor Agregado (IVA) | 01-07-2008 |
| Presentar la declaración y pago provisional mensual del Impuesto Empresarial a Tasa Única (IETU) | 01-07-2008 |
| Presentar la declaración y pago anual del Impuesto Empresarial a Tasa Única (IETU) | 01-07-2008 |
| Presentar la declaración y pago definitivo mensual del Impuesto al Valor Agregado (IVA) | 01-07-2008 |

### TRAMITES EFECTUADOS

| | FECHA DE PRESENTACIÓN | FOLIO DEL TRAMITE |
|---|---|---|
| Reg. Federal Contribuyente / Actualización / Actualización Administrativa/Actualización de Obligaciones | 21-06-2008 | RF20687746521 |
| Reg. Federal Contribuyente / Actualización / Cambio de Domicilio | 08-07-2008 | RF20617944326 |
| Reg. Federal Contribuyente / Actualización / Cambio de Domicilio | 27-07-2008 | RF20649337121 |
| Reg. Federal Contribuyente / Actualización / Actualización Administrativa/Actualización de Obligaciones | 11-07-1993 | RF28869794311 |
| Reg. Federal Contribuyente / Actualización / Actualización Administrativa/Actualización de Obligaciones | 08-01-2009 | RF200690406T |

Fecha de Impresión 31 de Agosto de 2006
TELEFONO DE ATENCION CIUDADANA
(Cuales y Dependencias) 01-800-463-6728

SIN TEXTO

### CÉDULA DE IDENTIFICACIÓN FISCAL

 



BNY080206UR9
Registro Federal de Contribuyentes

CIBANCO, S.A. INSTITUCION DE
BANCA MULTIPLE
Nombre, denominación o razón
social

idCIF: 14111142672
VALIDA TU INFORMACIÓN
FISCAL

### CONSTANCIA DE SITUACIÓN FISCAL

Lugar y Fecha de Emisión
**MIGUEL HIDALGO , CIUDAD DE MEXICO A 03 DE
MARZO DE 2025**



BNY080206UR9

### Datos de Identificación del Contribuyente:

| | |
|---|---|
| **RFC:** | BNY080206UR9 |
| **Denominación/Razón Social:** | CIBANCO, S.A. INSTITUCION DE BANCA MULTIPLE |
| **Régimen Capital:** | SIN TIPO DE SOCIEDAD |
| **Nombre Comercial:** | CIBANCO, S.A. INSTITUCION DE BANCA MULTIPLE |
| **Fecha inicio de operaciones:** | 06 DE FEBRERO DE 2008 |
| **Estatus en el padrón:** | ACTIVO |
| **Fecha de último cambio de estado:** | 06 DE FEBRERO DE 2008 |

### Datos del domicilio registrado

| | |
|---|---|
| **Código Postal:** 11560 | **Tipo de Vialidad:** CALZADA  (CALZ.) |
| **Nombre de Vialidad:** MARIANO ESCOBEDO | **Número Exterior:** 595 |
| **Número Interior:** | **Nombre de la Colonia:** POLANCO V SECCION |
| **Nombre de la Localidad:** MIGUEL HIDALGO | **Nombre del Municipio o Demarcación Territorial:** MIGUEL HIDALGO |
| **Nombre de la Entidad Federativa:** CIUDAD DE MEXICO | **Entre Calle:** CAMPOS ELISEOS |
| **Y Calle:** RINCON DEL BOSQUE | |

### Actividades Económicas:

 

**Contacto**
Av. Hidalgo 77, col. Guerrero, C.P. 06300, Ciudad de México.
Atención telefónica desde cualquier parte del país:
MarcaSAT 55 627 22 728 y para el exterior del país
(+52) 55 627 22 728

33557

| Orden | Actividad Económica | Porcentaje | Fecha Inicio | Fecha Fin |
|-------|---------------------|------------|--------------|-----------|
| 1 | Banca múltiple o comercial | 100 | 06/02/2008 | |

**Regímenes:**

| Régimen | Fecha Inicio | Fecha Fin |
|---------|--------------|-----------|
| Régimen General de Ley Personas Morales | 06/02/2008 | |

**Obligaciones:**

| Descripción de la Obligación | Descripción Vencimiento | Fecha Inicio | Fecha Fin |
|------------------------------|-------------------------|--------------|-----------|
| Entero de retenciones mensuales de ISR por sueldos y salarios | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 06/02/2008 | |
| Declaración informativa  anual de clientes y proveedores de bienes y servicios. Impuesto sobre la renta. | A más tardar el 15 de febrero del año siguiente | 06/02/2008 | |
| Declaración informativa  anual de ingresos en regímenes fiscales preferentes. Empresas multinacionales. Impuesto sobre la renta. | En el mes de febrero de cada año | 06/02/2008 | |
| Entero de retenciones mensuales de ISR por ingresos asimilados a salarios | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 06/02/2008 | |
| Declaración de proveedores de IVA | A más tardar el último día del mes inmediato posterior al periodo que corresponda. | 06/02/2008 | |
| Declaración informativa de IVA con la anual de ISR | Conjuntamente con la declaración anual del ejercicio. | 06/02/2008 | |
| Pago definitivo mensual de IVA. | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 06/02/2008 | |
| Declaración anual de ISR del ejercicio Personas morales. | Dentro de los tres meses siguientes al cierre del ejercicio. | 06/02/2008 | |
| Informacion anual de operaciones realizadas con partes relacionadas residentes en el extranjero. | Conjuntamente con la declaración anual del ejercicio | 06/02/2008 | |
| Pago provisional mensual de ISR personas morales régimen general | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 01/04/2009 | |
| Entero de retenciones de ISR por intereses. MENSUAL | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 19/02/2018 | |
| Entero mensual de retenciones de ISR de ingresos por arrendamiento. | Conjuntamente con la retención por salarios o asimilados a salarios (17 de cada mes en su defecto) | 19/02/2018 | |
| Entero de retención de ISR por servicios profesionales. MENSUAL | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 19/02/2018 | |
| Entero de retenciones de IVA Mensual | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 19/02/2018 | |

**Sus datos personales son incorporados y protegidos en los sistemas del SAT, de conformidad con los Lineamientos de Protección de Datos Personales y con diversas disposiciones fiscales y legales sobre confidencialidad y protección de datos, a fin de ejercer las facultades conferidas a la autoridad fiscal.**

**Si desea modificar o corregir sus datos personales, puede acudir a cualquier Módulo de Servicios Tributarios y/o a través de la dirección http://sat.gob.mx**




**Hacienda**
Secretaría de Hacienda y Crédito Público

**SAT**
SERVICIO DE ADMINISTRACIÓN TRIBUTARIA

**Contacto**
Av. Hidalgo 77, col. Guerrero, C.P. 06300, Ciudad de México
Atención telefónica desde cualquier parte del país
MarcaSAT 55 627 22 728 y para el exterior del país
(+52) 55 627 22 728

"La corrupción tiene consecuencias ¡denúnciala! Si conoces algún posible acto de corrupción o delito presenta una queja o denuncia a través de: www.sat.gob.mx, denuncias@sat.gob.mx, desde México: (55) 8852 2222, desde el extranjero: + 55 8852 2222, SAT móvil o www.gob.mx/sfp".

**Cadena Original Sello:**
**Sello Digital:**

||2025/03/03|BNY080206UR9|CONSTANCIA DE SITUACIÓN FISCAL|20000108888800000031||
murZIFJ0dyX8h08kVmZQdQM6AqkJkAk5mtJeeBAEsm993q/7YJinS7GG8YALuZDRmteaoIQWFm0Y8kFaiRHa
Rk5jMqIyaoyUZ3iupx49alEfVXbwTJBwWbL1VERLUoqLpVNpHJAdNlHnoRR4Gvi347ahHjdfNt7sNnU1B3EyGvU
=



 

**Contacto**
Av. Hidalgo 77, col. Guerrero, C.P. 06300, Ciudad de México.
Atención telefónica desde cualquier parte del país
MarcaSAT 55 627 22 728 y para el exterior del país
(+52) 55 627 22 728

33557

SIN TEXTO

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LEISURE INVESTMENTS HOLDINGS LLC, *et al.*,[1] | Case No. 25-_____ (___) |
| Debtors. | (Joint Administration Requested) |

### CONSOLIDATED CORPORATE OWNERSHIP STATEMENT
### AND LIST OF EQUITY INTEREST HOLDERS PURSUANT
### TO FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), AND 7007.1

Pursuant to rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors in possession (each, a "**Debtor**" and, collectively, the "**Debtors**") hereby state as follows:

1. For purposes of these chapter 11 cases, the mailing address of Debtor Leisure Investments Holdings LLC ("**LIH**") and each of its subsidiaries is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

2. Debtor LIH is wholly owned by TDC Leisure Holdings LLC ("**TDC Holdings**"), whose address is Av. Banco Chinchorro Esquina Acanceh MZA 1, LT 8 SM 13 C.P. 77504, Cancun Quintana Roo México.

3. Debtor Triton Investments Holdings LLC ("**TIH**") is wholly owned by LIH.

4. Debtors MS Leisure Company and Icarus Investments Holdings LLC are wholly owned by TIH.

5. Debtor Ejecutivos de Turismo Sustentable, S.A. de C.V. is 1% owned by LIH and 99% owned by CIBanco, S.A., Institución de Banca Múltiple, as trustee under the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are as follows:  Leisure Investments Holdings LLC (7260); Triton Investments Holdings LLC (6416); MS Leisure Company (7257); Icarus Investments Holdings LLC (2636); Ejecutivos de Turismo Sustentable S.A. de C.V. (5CA4); Dolphin Capital Company, S. de R.L. de C.V. (21H8); Dolphin Leisure, Inc. (7073); Dolphin Austral Holdings, S.A. de C.V. (6A13); Aqua Tours, S.A. de C.V. (6586); Viajero Cibernético, S.A. de C.V. (1CZ7); Promotora Garrafón, S.A. de C.V. (0KA2); Marineland Leisure, Inc. (7388); GWMP, LLC (N/A); Gulf World Marine Park, Inc. (0348); and The Dolphin Connection, Inc. (0322).  For the purposes of these chapter 11 cases, the address for the Debtors is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

Irrevocable Guaranty Trust number CIB/2380 Plaza Campos Eliseos Uno, (Mariano Escobedo #595), Polanco Section V, Miguel Hidalgo, Zip Code 11560, Mexico City, Mexico ("**CIBanco**").[2]

6.      Debtor Dolphin Leisure, Inc. ("**Dolphin Leisure**") is wholly owned by Controladora Dolphin SA de CV.

7.      Debtors Marineland Leisure Inc., GWMP, LLC, Gulf World Marine Park, Inc., and The Dolphin Connection, Inc. are each wholly owned by Dolphin Leisure.

8.      Debtor Dolphin Capital Company, S. de R.L. de C.V. is .0004% owned by TDC Leisure Holdings LLC and 99.9996% owned by CIBanco, as trustee.

9.      Debtor Dolphin Austral Holdings, S.A. de C.V. is 99% owned by CIBanco, as trustee, and 1% owned by Eduardo Albor Villanueva, whose address is available upon request.

10.     Debtors Viajero Cibernético, S.A. de C.V., Aqua Tours, S.A. de C.V., and Promotora Garrafón, S.A. de C.V. are each 99.99% owned by CIBanco, as trustee, and 0.01% owned by Eduardo Albor Villanueva.

---

[2]   Ninety-nine percent or more of the equity interest in each entity organized under the laws of Mexico (each, an "**MX Entity**") is held by CIBanco, S.A., Institución de Banca Múltiple, as trustee under the Irrevocable Guaranty Trust number CIB/2380 Plaza Campos Eliseos Uno, (Mariano Escobedo #595), and one percent or less of the equity interest in each MX Entity is held by a second entity or individual.  Mexican law does not permit its corporate entities to be wholly-owned and requires each entity have at least two equity holders.

**Fill in this information to identify the case:**

Debtor name ___Viajero Cibernético, S.A. de C.V.___

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | To be provided | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor _____     Case number *(if known)*_____
             Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**Fill in this information to identify the case and this filing:**

Debtor Name _Viajero Cibernético, S.A. de C.V._

United States Bankruptcy Court for the: _____ District of _Delaware_
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration _Corporate Ownership Statement and List of Equity Security Holders_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _03/31/2025_           ✗ _/s/ Steven Robert Strom_
MM / DD / YYYY                          Signature of individual signing on behalf of debtor

_Steven Robert Strom_
Printed name

_Authorized Person_
Position or relationship to debtor